Cases in the Court of Errors and Appeals, Supreme
Court, Court of Chancery and Prerogative Court,
not included in the official reports,

also

Cases in the Lower Courts

---

KATHERINE GALUSZKA, ADMINISTRATRIX AD PROSE-
QUENDUM OF THE ESTATE OF LEO GALUSZKA, DE-
CEASED, PLAINTIFF-RESPONDENT, v. BENJAMIN SHA-
CHAT AND JACOB SHACHAT, DEFENDANTS-APPEL-
LANTS.

Decided February 20, 1923.

For the plaintiff-respondent, *Benjamin M. Weinberg.*

For the defendants-appellants, *Kalisch & Kalisch.*

PER CURIAM.

The only question in the case is whether the court com-
mitted an error in refusing to nonsuit the plaintiff. The
plaintiff was a child nine years old and a very bright boy.
The jury might have found that he had been playing marbles
with other children on the west side of Hunterdon street,
Newark, and went across to the east side to get his "shooter."
While he was coming back and after he had reached the
westerly side of the street, within a few feet of the gutter,
he was struck by the defendant's automobile, running north
on the westerly side of Hunterdon street (that is, on the
wrong side of the street), at high speed. The result was
the boy's death. The car was going so fast that when the
brake was put on the car skidded. The automobile seems
to have been fifty or sixty feet away when the boy crossed

from east to west and apparently the accident would not have happened but for the speed of the automobile which caused it to skid.

We think this evidence shows negligence on the part of the defendant. No matter how bright the boy was, he could not, under the circumstances of this case, be expected to look for a car on the wrong side of the street. He had the right to assume that other travelers would obey the rule of the road. Let the judgment be affirmed, with costs.